## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

3Cloud, LLC

                              Plaintiff,

v.                                                         Case No.: 1:18−cv−00076
                                                                                  Honorable Elaine E. Bucklo

Concurrency, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Concurrecy's motion for judgment on the pleadings [34] and Defendant, Adetayo Adegoke's motion for partial summary judgment [40] are denied. Enter Order. Status hearing set for 2/8/2019 at 9:30 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.