# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 3CLOUD, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONCURRENCY, INC., and )<br>ADETAYO ADEGOKE )<br>)<br>*Defendants*. ) | Case No. 18-cv-0076<br><br>Judge Elaine E. Bucklo |

## STATUS REPORT

NOW COMES 3 Cloud, LLC ("Plaintiff"), by and through its counsel, and provides this Status Report concerning the current status of claims brought against Defendant Adetayo Adegoke.

Plaintiff settled its claims with Defendant, Concurrency, Inc. and filed its notice of voluntary dismissal on June 15, 2020. Following the dismissal, the remaining Defendant, Adetayo Adegoke, voluntarily filed bankruptcy. The bankruptcy matter was assigned to the Honorable Jack B. Schmetterer, Bankruptcy Petition #: 19-34092. Defendant Adegoke filed his answer to Plaintiff's Proof of Claim on September 4, 2020.

3Cloud intends to ask Judge Schmetterer that discovery in the bankruptcy proceeding on Plaintiff's Proof of Claim be completed by early November, and Plaintiff anticipates a trial/hearing date will be set for December or January depending on the Judge's calendar. We anticipate that the hearing before Judge Schmetterer will ultimately resolve all issues pending before this Court.

We would recommend this Court set a status date in early December as we will likely have a hearing date in the bankruptcy proceeding by that time.

Dated: September 15, 2020        Respectfully submitted,

By:     /s/ Robert D. Sweeney
Robert D. Sweeney
Sweeney, Scharkey & Blanchard LLC
230 West Monroe Street, Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500
rsweeney@ssbpartners.com

*Counsel for Plaintiff, 3Cloud, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: September 16, 2020

                                          Respectfully Submitted,

                                          /s/ Robert D. Sweeney
                                          Counsel for Plaintiff