[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
5/10/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MCP

BC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| 3CLOUD, LLC<br>Plaintiff<br>v.<br>CONCURRENCY, INC., and ADETAYO AI<br>Defendant | ) | **Case Number**: 18-cv-0076<br>**Judge:** Nancy L. Maldonado<br>**Magistrate Judge:** |

Now comes Adetayo Adegoke ( " Defendant " ) and provides this Status Report concerning the current status of claims brought by Plaintiff, 3Cloud, LLC.

The defendant has not been able to engage counsel, after several attempts, in the time between his bankruptcy case being dismissed and May 10, 2024, and respectfully requests this Court set a new status date to June 7, 2024, or thereafter, to allow the Defendant additional time to secure legal representation.

The Defendant apologizes for any inconvenience this may cause your Honor, the court, and other parties involved and assures the Court that he is making every effort to resolve this matter as quickly as possible.

Dated: May 10, 2024

Respectfully submitted,

By: /s/ Adetayo Adegoke

Adetayo Adegoke
4756 S. Drexel Bld.
Chicago, Illinois 60615
Tel. (312) 498-0257
adegade@gmail.com
Defendant

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]