IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3CLOUD, LLC | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No. 18-cv-0076 |
| v. | ) |
| | ) Judge Nancy L. Maldonado |
| CONCURRENCY, INC., and | ) |
| ADETAYO ADEGOKE | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S STATUS REPORT

NOW COMES 3Cloud, LLC ("3Cloud" or "Plaintiff"), by and through its counsel, and provides this Status Report concerning the current status of claims brought against Defendant Adetayo Adegoke.

1. As described in Plaintiff's prior status report, Adegoke's Chapter 13 bankruptcy has been dismissed by Judge Cassling of the Northern District of Illinois Bankruptcy Court for unreasonable delay. Thus, the bankruptcy stay has been lifted and this Court is again vested with jurisdiction over this case.

2. The parties have conferred and are unable to reach an accord at this time. Accordingly, Plaintiff requests leave to file a dispositive motion on or by June 12, 2024.

3. Further, to the extent necessary, Plaintiff requests that its petition on attorneys' fees be reinstated (ECF 118) and referred to Judge Weisman for ruling (ECF 123) based on Judge Weisman's prior ruling against Defendant Adegoke on Plaintiff's motion to compel (ECF 110).

1

Dated: May 13, 2024                                     Respectfully submitted,


                                                        By:     s/ Robert D. Sweeney
                                                        Robert D. Sweeney
                                                        Sweeney, Scharkey & Blanchard LLC
                                                        230 West Monroe Street, Suite 1500
                                                        Chicago, Illinois 60606
                                                        Tel. (312) 384-0500
                                                        rsweeney@ssbpartners.com

                                                        *Counsel for Plaintiff, 3Cloud, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: May 13, 2024                              Respectfully Submitted,

                                                           s/ Robert D. Sweeney
                                                           Counsel for Plaintiff