IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3CLOUD, LLC )<br>)<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>CONCURRENCY, INC., and )<br>ADETAYO ADEGOKE )<br>)<br>    *Defendants*. ) | Case No. 18-cv-0076<br><br>Judge Nancy L. Maldonado |

**MOTION FOR LEAVE TO FILE EXHIBITS TO
3CLOUD'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

NOW COMES Plaintiff 3 Cloud, LLC ("3Cloud"), through its undersigned counsel, and, pursuant to Local Rule 26.2, respectfully requests that this Court grant it leave to file under seal Exhibits 4, 7, 10, 13 to its Motion for Summary Judgment in this matter. In support of this Motion, 3Cloud states as follows:

1. Exhibits 4 to 3Cloud's Motion for Summary Judgment contain sensitive and confidential information, including Personal Identifiable Information pertaining to Defendant Adetayo Adegoke ("Adegoke") and Adegoke's compensation, assets, expenses, and finances. Specifically, Exhibit 4 contains Adegoke's Employment Offer Letter from 3Cloud with details on Adegoke's compensation and finances.

2. Exhibit 7 is an audit log containing sensitive and confidential information concerning 3Cloud's files, pricing, cloud readiness assessments, and other sensitive client related documents that were inappropriately accessed by Adegoke.

3. Exhibit 10 is a letter from Adegoke to 3Cloud concerning his resignation from 3Cloud. This document was previously designated as "Attorneys-Eyes Only" and thus should

continue to be kept confidential per the Agreed Confidentiality Order entered in this matter on June 19, 2018. (Dkt. No. 31.)

4. Exhibit 13 is a letter from 3Cloud to Adegoke regarding Adegoke's theft of trade secrets from 3Cloud, which includes discussion of the types of highly sensitive information improperly accessed and downloaded by Adegoke, as well as the applicable provisions of his Confidential Information and Non-Solicitation Agreement.

5. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c). 3Cloud therefore seeks the Court's permission to file the exhibits to its Motion for Summary Judgment under seal.

6. Upon filing its Motion for Summary Judgment, 3Cloud will immediately transmit an unredacted, full copy of all exhibits to its Motion for Summary Judgment to Adegoke.

WHEREFORE, for the foregoing reasons, 3Cloud, LLC respectfully requests that this Court enter an Order granting it leave to file Exhibits 4, 7, 10, and 13 to its Motion for Summary Judgment identified herein under seal.

Dated: July 1, 2024

Respectfully submitted,

**3CLOUD, LLC**

By:   s/ Robert D. Sweeney
Robert D. Sweeney
Sweeney, Scharkey & Blanchard LLC
230 West Monroe Street, Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500
rsweeney@ssbpartners.com

*-and-*

Michael S. Ferrell
Epstein Becker & Green, P.C.
227 W. Monroe, Suite 3250
Chicago, IL 60606
Tel. (312) 499-1480
mferrell@ebglaw.com

*Counsel for 3Cloud, LLC*

## CERTIFICATE OF SERVICE

      I, Robert D. Sweeney, the undersigned attorney, hereby certify that on July 1, 2024, I served the foregoing on all counsel of record via the ECF/CM system.

Dated: July 1, 2024             <u>s/ Robert D. Sweeney</u>