IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3CLOUD, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONCURRENCY, INC., and )<br>ADETAYO ADEGOKE )<br>)<br>*Defendants*. ) | Case No. 18-cv-0076<br><br>Judge Edmond E. Chang |

**JOINT STATUS REPORT**

NOW COMES 3Cloud, LLC ("3Cloud" or "Plaintiff"), and Adetayo Adegoke ("Adegoke" or "Defendant") by and through their undersigned counsel to provides this Joint Status Report concerning Plaintiff's Motion for Summary Judgment:

The parties have conferred and cannot agree upon a briefing schedule. The parties' respective positions are stated below.

   A. **Plaintiff's Position**

Defendant has requested until September 20 to file his response to summary judgment, Plaintiff cannot agree to this date for the following reasons.

First, Plaintiff's summary judgment motion is entirely premised on questions of law since all the claims Plaintiff has asserted against Defendant in this case have previously been decided by Judge Schmetterer of the Northern District Bankruptcy Court following discovery and a full three-day trial on the merits, the transcript of which Plaintiff's counsel have now emailed to Plaintiff's new counsel. The only question that remains is whether the doctrine of *res judicata* should be applied. Accordingly, while Plaintiff appreciates Defendant's new counsel's request for

1

time to get up to speed on this case, two months to provide Defendant's response seems wholly unnecessary since the summary judgment motion is entirely premised on questions of law. Second, Plaintiff does not believe that Defendant's participation in assisting his new counsel with the response is necessary as the motion is again, premised entirely on questions of law. Finally, and arguably most significantly, this case has been pending *since 2018* due to Mr. Adegoke's dilatory and sanctionable tactics in this Court (prior to Mr. Fonfrias's involvement when Mr. Adegoke was represented by attorney Thomas Koessl of Lowis & Gellen, LLP) (Dkt. 110, 112, 114); his subsequent bad faith bankruptcy proceeding where Judge Schmetterer found he destroyed evidence, stole trade secrets, was found to lack credibility and ordered to pay compensatory and punitive damages as well as attorneys' fees and costs; and then following multiple more years of overstating expenses, understating income, blocking discovery of his income, had his bankruptcy dismissed for unreasonable delay by Judge Cassling, while there was a bad faith motion pending. (*See* Dkt. 221-2 (Judge Schmetterer decision); Dkt. 221-35 (Judge Cassling hearing dismissing bankruptcy).)

Again, while counsel for 3Cloud appreciates the fact that counsel for Adegoke is new to the case, this case is not new. If ever the adage "you take a case as you find it" applied – it is here. This motion needs to be ruled upon with all possible speed.

Thus, Plaintiff respectfully requests the briefing schedule be set as follows:

1. Defendant Adetayo Adegoke's response to Plaintiff's Motion for Summary Judgment shall be due on or by August 30, 2024;

2. Plaintiff's reply in support of summary judgment shall be due on or by September 13, 2024.

### B. Defendant's Counsel's Position

Defendant's counsel Nancy Temple was retained on July 9, 2024, and filed an appearance on that date prior to the deadline set by Judge Maldonado. Prior defense counsel in this case, Richard Fronfias, has yet to withdraw his appearance as noted by Judge Maldonado. The record reflects that Mr. Fronfias was suspended from practice for period of time, and it appears that Defendant's discovery failures occurred when he was not receiving proper advice of counsel. In any event, the record also reflects that this case was stayed pursuant to the bankruptcy stay and that stay was lifted only recently.

Defendant's counsel has requested but not received the bankruptcy files from Defendant's bankruptcy attorney David Lloyd.

Defendant's counsel informed plaintiff's counsel on July 12, 2024, that she needs additional time to obtain the file and to be able to communicate with her client. Specifically, Defendant's counsel has not been able to communicate with Defendant as required by the professional rules of responsibility because Defendant has been hospitalized due to multiple health issues commencing with cardiac arrest in late May 2024, and is currently undergoing treatment at the Shirley Ryan Rehabilitation Center. Defendant is scheduled for neurological testing on August 28, 2024, and Defendant's counsel needs time to meet with her client after he is medically cleared in order to discuss these matters, or to have an appropriate legal representative appointed if necessary, to authorize Defendant's counsel regarding this matter. Defendant's counsel also has a pretrial conference in September in a case pending in federal court in Honolulu that is set for trial beginning October 15, 2024, and will need to travel for that matter.

Defendant's counsel therefore requests until September 20, 2024, to file a response to the summary judgment motion to afford the opportunity to comply with her professional responsibilities.

Dated: July 17, 2024 Respectfully submitted,

By: s/ Robert D. Sweeney
Robert D. Sweeney
Sweeney, Scharkey & Blanchard LLC
230 West Monroe Street, Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500
rsweeney@ssbpartners.com

*Counsel for Plaintiff, 3Cloud, LLC*

By: s/ Nancy Temple
Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
Tel. (312) 663-0800
ntemple@kattentemple.com

*Counsel for Defendant, Adetayo Adegoke*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: July 17, 2024                Respectfully Submitted,

                      /s/ Robert D. Sweeney
                      Counsel for Plaintiff