# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 3CLOUD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18-CV-0076 |
| | ) | |
| CONCURRENCY, INC. and | ) | Hon. Edmund E. Chang |
| ADETAYO ADEGOKE, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DECLARATION OF NANCY TEMPLE**

I, Nancy Temple, declare as follows:

1.  I am an attorney and I have practiced law since 1989, when I graduated from Harvard Law School. I am admitted to practice in the State of Illinois, the United States District Court for the Northern District of Illinois, the Seventh Circuit Court of Appeals, and other federal courts and the District of Columbia. I am a former partner of Sidley Austin, LLP, and a founding partner of Katten & Temple, LLP. I have personal knowledge of the facts in this declaration.

2.  My practice at Katten & Temple since it was founded over 16 years ago consists of commercial and employment litigation, including litigation and counseling regarding restrictive covenants, confidential and proprietary information, trade secrets, and intellectual property matters. I also had experience litigating these types of matters when I worked at Sidley Austin (1989 to 2000).

3.  The market for employment law matters is competitive for hourly rates. The top hourly rate any client has agreed to pay me in an employment matter is a currently pending matter I have where I represent a corporate client regarding

1

2

a dispute concerning restrictive covenants and confidential information. My hourly rate for this 2024 matter is $565 per hour. My other currently-pending employment-related matters range from $500 to $550 per hour for my time, and less for younger, less experienced attorneys' time.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2024     /s/ Nancy A. Temple_____